[No. 1795–3.   Division Three.   June 17, 1977.]

LEON S. SAVARIA, ET AL, *Appellants,* v. INLAND
EMPIRE FINANCIAL SERVICES, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Benton County, No. 27781, Fred R. Staples, J., entered
November 26, 1975. *Affirmed* by unpublished opinion per
McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 3805–1.   Division One.   June 20, 1977.]

MALCOLM DAVIS, *Appellant,* v. MICHAEL JAMES
CARMICHAEL, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 233465, E. Albert Morrison, J., entered April
18, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4229–1.   Division One.   June 20, 1977.]

BERNARD AUDA, *Appellant,* v. SEATTLE TRUST & SAVINGS
BANK OF SEATTLE, WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 973022, Frank H. Roberts, Jr., J., entered
October 21, 1975. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Farris, C.J., and Williams, J.